**Ezra LUCAS, Plaintiff–Appellant,**

v.

**Ronald HUTCHINSON, Warden, Maryland House of Corrections; J. Joseph Curran, Jr., Attorney General of the State of Maryland, Respondents–Appellees.**

No. 02–7271.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 20, 2002.

Fred Warren Bennett, Greenbelt, Maryland, for Appellant. Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ezra Lucas seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Lucas has not made a substantial showing of the denial of a constitutional right. *See Lucas v. Hutchinson,* No. CA–02–366–MJG (D.Md. July 31, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*